William ZEIGLER; et al.,
Plaintiffs–Appellants,

v.

ZENITH HOME LOANS; et al.,
Defendants–Appellees.

No. 00–57040.

D.C. No. CV–00–01056–RSWL.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2001.*

Decided Aug. 30, 2001.

Before HAWKINS, TASHIMA, and GOULD, Circuit Judges.

### MEMORANDUM **

William and Robbie Zeigler appeal pro se the district court's order denying their motion for reconsideration of the judgment dismissing their civil rights action. We have jurisdiction under 28 U.S.C. § 1291. We review a denial of a motion for reconsideration for abuse of discretion, *see School Dist. No. 1J, Multnomah County v. ACandS, Inc.,* 5 F.3d 1255, 1262 (9th Cir. 1993), and we affirm because none of the potential grounds for relief are present, *see id.* at 1263.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.